JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: jthompson@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant
National Consumer Telecom & Utilities
Exchange, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOI MOODY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-01828-RFB-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from December 2, 2021 through and including **January 3, 2022**.  The request was made by NCTUE so that the parties may have

. . .

. . .

. . .

1  additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed

2  in good faith and not intended to cause delay.

3       Respectfully submitted, this 1st day of December, 2021.

| CLARK HILL PLLC | *No opposition* |
|---|---|
| By: /s/*Jeremy J. Thompson* | By: /s/*David H. Krieger* |
| Jeremy J. Thompson | David H. Krieger, Esq. |
| Nevada Bar No. 12503 | Nevada Bar No. 9086 |
| 3800 Howard Hughes Pkwy, Suite 500 | Shawn Miller, Esq. |
| Las Vegas, NV 89169 | Nevada Bar No. 7825 |
| Tel: (702) 862-8300 | KRIEGER LAW GROUP, LLC |
| Fax: (702) 862-8400 | 2850 W. Horizon Ridge Blvd., Suite 200 |
| Email: jthompson@clarkhill.com | Henderson, NV 89052 |
| | Phone: (702) 848-3855 |
| *Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.* | Fax: (702) 385-5518 |
| | Email: dkrieger@kriegerlawgroup.com |
| | Email: smiller@kriegerlawgroup.com |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  December 2, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 1st day of December, 2021, via CM/ECF, upon all counsel of record:

By: /s/*Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com